**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**JOHNNY HICKS, #30841**                                                    **PETITIONER**

**VERSUS**                                              **CIVIL ACTION NO. 4:10-cv-41-WHB-LRA**

**UNITED STATES**                                                    **RESPONDENT**

**FINAL JUDGMENT**

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order issued this date and incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that this cause filed pursuant to 28 U.S.C. § 2241, transferred to this Court by the Northern District of Mississippi, be dismissed with prejudice as to any 28 U.S.C. § 2255 claims and without prejudice in all other respects.

SO ORDERED AND ADJUDGED, this the 5th day of April, 2010.

                                                   s/William H. Barbour, Jr.
                                                   UNITED STATES DISTRICT JUDGE